Eastern District of Kentucky
FILED
JUL 17 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

INDICTMENT NO. 5:25CR89 CHB MAS

V.

JENNIFER A. GRIBBEN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 111(a), (b)

On or about February 17, 2025, in Fayette County, in the Eastern District of Kentucky,

**JENNIFER A. GRIBBEN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: B.L., who was engaged in official duties and caused physical contact and inflicted bodily injury, all in violation of 18 U.S.C. § 111(a) and (b).

## COUNT 2
### 18 U.S.C. § 111(a), (b)

On or about February 17, 2025, in Fayette County, in the Eastern District of Kentucky,

**JENNIFER A. GRIBBEN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: K.B., who was engaged in official duties and caused physical contact and inflicted bodily injury, all in violation of 18 U.S.C. § 111(a) and (b).

A TRUE BILL

_____
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1 & 2:** **If involving physical contact with a victim of assault**
Not more than 8 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**If, in the commission of the assault, the Defendant inflicted bodily injury**
Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.