UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 5:25-CR-00089-CHB-MAS |
| | ) | |
| JENNIFER A. GRIBBEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

**IT IS ORDERED** that the unopposed motion to reschedule the evidentiary hearing scheduled for January 30, 2026, at 9:00 a.m. is **GRANTED**. The hearing shall be **ADVANCED** to January 26, 2026, at 2:30 p.m.

Entered this 20th day of January, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY