UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 25-89-CHB-MAS         At Lexington         Date February 9, 2026

USA vs Jennifer Gribben       x  present    ___ custody    ___ Bond    x  OR    Age ___

PRESENT:    HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | Ron L. Walker, Jr. |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for defendant    Erica Roland    x  present    ___ retained    x  appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-LEX__5-25-cr-89-CHB-MAS_20260209_095442

PROCEEDINGS:    **MOTION HEARING**

The parties appeared for a hearing on the defendant's Motion to Suppress [DE 15]. The Court heard testimony from one witness, proffer, and arguments of counsel. For reasons stated on the record, the Court **ORDERS** as follows:

1. Defendant's Motion to Suppress [DE 15] is **TAKEN UNDER ADVISEMENT**. The Court will issue a written Report and Recommendation. Objections to the Report and Recommendation shall be filed within 14 days.

2. Defendant shall remain on her previously imposed conditions of release.

Copies: COR,USM,USP        Initials of Deputy Clerk: slh        TIC: 1/1

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY