# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Kentucky

**EXHIBIT AND WITNESS LIST**

USA
V.
JENNIFER GRIBBEN

Case Number:  5:25-CR-89-CHB-MAS

| PRESIDING JUDGE Matthew A. Stinnett | | | PLAINTIFF'S ATTORNEY Ron L. Walker, Jr. | | DEFENDANT'S ATTORNEY Erica Roland |
|---|---|---|---|---|---|
| TRIAL DATE (S) 2/9/2026 Motion Hearing | | | COURT REPORTER Audio File | | COURTROOM DEPUTY Samantha Howard |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| x | | 2/9/2026 | | | WITNESS: Joseph "Ken" Borders, HSI |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.