UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:25-CR-089-CHB-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| JENNIFER A. GRIBBEN, | ) | **MOTION FOR REARRAIGNMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Defendant Jennifer A. Gribben's Motion for Rearraignment, [R. 42].  Accordingly, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The Motion for Rearraignment, [**R. 42**], is **GRANTED**.

2.      Trial.  The **Jury Trial** currently set for **July 21, 2026**, is **CONTINUED GENERALLY**, pending Defendant Gribben's rearraignment.

3.      Re-Arraignment.  The defendant's rearraignment is **SET** for **Wednesday, July 8, 2026, at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in **Lexington, Kentucky**.  If the parties intend to proceed pursuant to a written plea agreement, the United States shall submit a copy of the proposed plea agreement for the Court's review at least **one (1) day** prior to the re-arraignment.  This document shall be transmitted as an electronic attachment to _boom_chambers@kyed.uscourts.gov_.

4.      The **Telephonic Status Conference** currently set for **June 24, 2026,** is

- 1 -

**CANCELED** and **REMANDED** from the Court's calendar.

This the 23rd day of June, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY